IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ROBERT INGRAM and SAMONE INGRAM,

Plaintiffs,

v. Case No. 1:25-cv-01184-JDB-jay

ERICA REED, *et al.*,

Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANTS' MOTION TO DISMISS,
DENYING LEAVE TO AMEND COMPLAINT
AND
DISMISSING CASE

On July 29, 2025, the pro se Plaintiffs, Robert Ingram and Samone Ingram, filed a civil rights complaint against the Defendants, Erica Reed, Brad Turner, and CJ McMorran. (Docket Entry ("D.E.") 1.) On August 31, 2026, Defendants moved for dismissal of the complaint pursuant to Rules 12 and 17 of the Federal Rules of Civil Procedure. (D.E. 21.) On September 30, 2026, Plaintiffs sought leave to amend their complaint. (D.E. 29.) In a report and recommendation ("R&R") entered October 14, 2026, United States Magistrate Judge Jon A. York, pursuant to Administrative Order 2013-05, recommended that the motion to dismiss be granted and leave to amend be denied. (D.E. 31.) The R&R informed the Plaintiffs that any objections thereto must be filed within fourteen days and that failure to do so may constitute waiver.

According to the docket, Plaintiffs have filed no objections to the R&R and the time for doing so has expired. Thus, the R&R is hereby ADOPTED, the motion to dismiss is GRANTED, and leave to amend the complaint is DENIED. *See Thomas v. Arn*, 474 U.S. 140, 150-51 (1985) (the district judge is not required to review a magistrate judge's report and recommendation, under

a de novo or any other standard, to which there has been no objection; rather, the magistrate judge's determination should become that of the court).

This matter is hereby DISMISSED in its entirety. Judgment shall enter.

IT IS SO ORDERED this 9th day of November 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE